UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONTIA VIVERETTE,<br><br>                              Plaintiff,<br><br>        -against-<br><br>JUDGE SUSAN R. WINOGRAD, in her official capacity, et al.,<br><br>                              Defendant. | 1:25-CV-7168 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 5, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 5, 2025
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge